**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| OMAR O'HARA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:23-cv-442-HEA |
| | ) |
| TERRENCE LOTT and | ) |
| MARLISSA BUTLER-CHERRY | ) |
| | ) |
| Defendants. | ) |

## **MOTION FOR SEALING**

Plaintiff respectfully requests leave of Court, pursuant to Local Rule of the United States District Court for the Eastern District of Missouri ("E.D. Mo. L.R.") 13.05(A), Federal Rule of Civil Procedure 26(c), to file certain materials under seal.

1. Pursuant to the joint scheduling plan agreed upon by the parties and the resulting Case Management Orders (Doc. 78), Plaintiff is filing a response to Defendants' Motion for Summary Judgment, a response to Defendants' Statement of Uncontroverted Material Facts, and Plaintiffs Statement of Additional Facts.

2. Plaintiff will file a redacted version of all Exhibits in accordance with Local Rule 13.05.

3. There is "good cause" to seal documents, like the documents that are the subject of the Motion to Seal, containing or referencing personal information identified in Local Rule 2.17. *See e.g.*, *Hoffmann Bros. Heating & Air Conditioning, Inc. v. Hoffmann Air Conditioning & Heating*, LLC, 2022 WL 1718882, *2 (E.D. Mo. May 27, 2022).

4. Plaintiff asks to file under seal documents containing personal identifying information such as home addresses, dates of birth, and social security numbers as required by Local Rule 2.17, with the understanding that Plaintiff will file a redacted version of those documents in accordance with Local Rule 13.05(A)(2). This includes documents containing identifying police officer DSN numbers.

WHEREFORE, based on the foregoing, Plaintiff requests that the Court grant the Motion to Seal.

Dated: May 27, 2025

Respectfully submitted,

**ARCHCITY DEFENDERS, INC.**

By: */s/ Nathaniel R. Carroll*
Nathaniel R. Carroll #67988MO
440 North 4th Street, Suite 390
Saint Louis, MO 63102
314-361-8834 ext. 1040
314-925-1307 (fax)
ncarroll@archcitydefenders.org

*Attorney for Plaintiff Omar O'Hara*